F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 7 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00298-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

THOMAS RADICK,

    Applicant,

v.

FEDERAL BUREAU OF PRISONS, and
HARLEY G. LAPPIN, Director,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an "Application for a Emergency Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" and an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Addendum to Application to Writ of Habeas Corpus." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

| | | |
|---|---|---|
| (1) | ___ | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | ___ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | X | is missing certificate showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing an original signature by the prisoner |
| (7) | X | is not on proper form (must use the court's current form) |
| (8) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other: Motion is necessary only if $5.00 filing fee is not paid in advance |

**Complaint, Petition or Application:**

| | | |
|---|---|---|
| (11) | ___ | is not submitted |
| (12) | X | is not on proper form (must use the court's current form) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | ___ | names in caption do not match names in text |
| (19) | ___ | other _____ |

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated **above within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 17, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00298-BNB

Thomas Radick
Reg No. 18207-424
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on February 17, 2011.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                        Deputy Clerk