**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00298-BNB

THOMAS RADICK,

    Applicant,

v.

FEDERAL BUREAU OF PRISONS, and
HARLEY G. LAPPIN, Director,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Prisoner's Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (Doc. Nos. 2, 7 & 8), filed by Applicant on February 4, 2011, and February 28, 2011, are DENIED as moot.  Applicant paid the $5.00 filing fee on February 22, 2011.

    Applicant's "Motion for Appointment of Counsel," filed on February 28, 2011 (Doc. No. 9) is DENIED as premature.

    Applicant's "Motion for Clarification," filed on February 25, 2011 (Doc. No. 6) is GRANTED.  Applicant expresses confusion regarding his cases in this Court.  Applicant is informed that he currently has two pending actions in this Court: 10-cv-2504-DME-KLM, a civil rights action which appears to relate to Applicant's conditions of confinement and alleged deliberate indifference to his serious medical needs, and 11-cv-00298-BNB, the instant action, which is a habeas corpus action.

    Dated:  February 28, 2011